1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  DAVID HOLGUIN

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| DAVID HOLGUIN, | ) | Case No.: 4:11-cv-00112-CKJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| MRS ASSOCIATES, INC., | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, DAVID HOLGUIN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: March 24, 2011		KROHN & MOSS, LTD.


				By: /s/ Ryan Lee					_

					Ryan Lee
					Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on March 24, 2011, I served all counsel of record with a copy of this document by way of email at csalvo@salvolawfirm.com.


				By:	/s/ Ryan Lee	_

					Ryan Lee, Esq.