1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  DAVID HOLGUIN

6

7
## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

8  DAVID HOLGUIN,                          )  **Case No.: 4:11-cv-00112-CKJ**
                                           )
9               Plaintiff,                 )
                                           )
10         v.                              )
                                           )
11  MRS ASSOCIATES, INC.,                  )  **VOLUNTARY DISMISSAL**
                                           )
12              Defendant.                 )
                                           )
13  ───────────────────────────────       )

14
         Plaintiff, DAVID HOLGUIN, by and through his attorneys, KROHN & MOSS, LTD.,
15
   hereby voluntarily dismisses the above-entitled case with prejudice.
16

17
                              Respectfully Submitted,
18
   DATED: April 25, 2011      KROHN & MOSS, LTD.
19

20
                              By: /s/ Ryan Lee                              _
21
                                  Ryan Lee
22                                Attorney for Plaintiff

23

24

25

- 1 -

Voluntary Dismissal

1

2 **<u>CERTIFICATE OF SERVICE</u>**

3

4       I hereby certify that on April 25, 2011, I electronically filed the foregoing with the

5 Clerk of the Court by using the CM/ECF system.  I further certify that on April 25, 2011, I

6 served all counsel of record with a copy of this document by way of email at

7 csalvo@salvolawfirm.com.

8

9

10                     By:    <u>/s/ Ryan Lee</u>

11                            Ryan Lee, Esq.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Voluntary Dismissal